3:21-MJ-2046

FILED
MAR 18 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

# AFFIDAVIT FOR A SEARCH WARRANT

I, Wallace Bowden, a Postal Inspector with the United States Postal Inspection Service, request a search warrant and state under penalty of perjury that I have reason to believe that there is evidence of a crime now concealed on the following property located in the Eastern District of Tennessee. The property is described as a U.S. Priority Mail Parcel, bearing USPS tracking number 9505514147331067504480, measuring approximately 14" x 11" X 10" and weighing approximately 8 pounds, 5 ounces. The package shows a return address of: Cullincini Restaurant Supply, 973 Arden Way, Sacramento, CA 95815, and is addressed to Bakeri Rodgers, 3212 Ridgeview St. Kingsport, TN 37664 (see Attachment A, incorporated herein by reference), and as portrayed in the image below:



The property described above, hereinafter referred to as the "RIDGEVIEW ST. PARCEL," is believed to conceal evidence of a violation of Title 21, United States Code, Section 841(a)(1), relating to the sale, possession and/or use of controlled substances and Section 843(b), relating to the use or attempted use of the United States Mail to distribute controlled substances. I request

1

the issuance of a search warrant in accordance with Fed. R. Crim. P. 41(c), based upon probable cause that the property contains evidence of a crime, contraband, fruits of a crime, or other items illegally possessed, and/or property designed for use, intended for use, or used in the commission of a crime. In support of this request, I state as follows:

## Background of Affiant

1. I am a U.S. Postal Inspector assigned to investigate crimes related to the mail, including the use of the U.S. Mail to unlawfully transport contraband materials, and I am currently assigned to the Knoxville office of the U.S. Postal Inspection Service's Atlanta Division.

2. I am an "Investigative or Law Enforcement Officer" within the meaning of Title 21, United States Code, Section 841 that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 21, United States Code, Section 841.

3. I have participated in controlled deliveries of contraband and the execution of search warrants with respect to drugs and scheduled controlled substances as well as investigations into drugs trafficking in Tennessee. I have received formal, informal and on-the job-training from U.S. Postal Inspectors, special agents employed by the Drug Enforcement Administration, and other law enforcement agents who have done extensive work regarding the investigation of sales, distribution, and manufacture of controlled substances, as well as involving the proceeds from the sales of controlled substances.

4. I have conducted investigations of the mailing of controlled substances into the state of Tennessee. All of the facts and information set forth in this affidavit were obtained

through official law enforcement communications and discussions with U. S. Postal Service employees.

5. I know from my training, knowledge, and experience that the importers and distributors of controlled substances often use the U.S. Postal Service to facilitate the distribution of controlled substances. Such mail will come from foreign or domestic places of origin and will be typically sent by either Express Mail or Priority Mail.

6. I know from my personal experience and participation in the investigations of controlled substances sent via the mail, that witnesses, cooperating individuals, and informants have discussed and explained to law enforcement why the U.S. Mail system is used to facilitate the delivery of such controlled substances. I have also read official reports from other law enforcement officers detailing similar events.

7. The information contained within this affidavit is based upon my personal observations, training, and on information related to me by other law enforcement officers and investigators as set forth more fully herein. Because the purpose of this affidavit is to set forth probable cause, your affiant has not set forth each and every fact known to me in connection with this investigation.

8. Based on my training, experience, and consultations with other law enforcement officers experienced in drug investigations, I know that certain indicators exist when persons are using the U.S. Mail system to send prohibited controlled substances from one location to another. Indicators for packages that contain controlled substances and/or the proceeds from controlled substances may include, but are not limited to the following:

    a. It is common for senders of controlled substances, and/or the proceeds from the sales of these, to use Express and Priority Mail because the substances or

3

Case 3:21-mj-02046-HBG   Document 2   Filed 03/18/21   Page 3 of 7   PageID #: 4

proceeds arrive faster and on a predictable date, thereby allowing the senders to monitor the shipment or proceeds of controlled substances.

    b. When a sender mails controlled substances from a particular area or state, the proceeds from the sale of these controlled substances may be returned to the sender. A known source state for controlled substances mailed to Tennessee is California, where controlled substances are typically mailed from other major metropolitan areas as well as foreign countries have also shown to be sources for controlled substances.

    c. These packages in many instances contain a fictitious name at the delivery address in an attempt to mask the identity of the true recipient in order to hide detection from law enforcement officers.

    d. I know from my training, experience, and discussions with other law enforcement officers that the following controlled substances are likely to be found during in packages: marijuana, methamphetamines, cocaine, LSD, psilocybin mushrooms, heroin, opium, MDMA, steroids, and the proceeds from the sales of these controlled substances.

    e. I know from training, experience, and discussions with other law enforcement officers that these packages sometimes contain information and papers related to the sales and distribution of controlled substances. The papers can include, but are not limited to, information on the use and effects of the various controlled substances; the price for the controlled substance; the quality of the controlled substances; information on the actual sender; and information and instructions for ordering future controlled substances.

**Relevant Facts Pertaining to the RIDGEVIEW ST. PARCEL**

9. On February 23, 2021, Special Agent Tracy Bishop with the U. S. Drug Enforcement Agency, requested my assistance with an investigation. Special Agent Bishop told me that her agency had information that controlled substances may be received at 3212 Ridgeview St., Kingsport, TN, originating from the state of California.

10. On March 11, 2021, I learned that the RIDGEVIEW ST. PARCEL had arrived at the Kingsport, TN Post Office. The addressee name on the RIDGEVIEW ST. PARCEL is "Bakeri Rodgers." According the USPS letter carrier assigned to deliver mail on Ridgeview Street in

Kingsport, the name, "Bakeri Rodgers" is not a known recipient of mail at 3212 Ridgeview Street.

11. On March 12, 2021, the RIDGEVIEW ST. PARCEL was placed in a lineup of other similarly-sized boxes and presented for external examination by a Eudoris, a drug detection canine controlled by Knoxville Police Department Drug Detection Dog Unit (DDDU). The canine handler, Officer Carl Kennedy, told me that Eudoris positively alerted to the presence of narcotics in only the RIDGEVIEW ST. PARCEL.

12. Eudoris is a male German Shepherd - Malinois canine who is approximately 18 months years old. Eudoris was trained at the Knoxville Police Department, where he was certified as a Narcotics Drug Canine. Eudoris was certified reliable by the following organization; International Police Working Dog Association in 2020. Officer Kennedy informed me that Eudoris has been reliable in finding controlled substances in training and in law enforcement investigations.

13. The RIDGEVIEW ST. PARCEL is presently in the custody and control of the U.S. Postal Inspection Service, 8880 Cedar Springs Lane, Suite 102, Knoxville, TN 37923.

*(The remainder of this page is blank.)*

14. Based upon the foregoing information, there is probable cause to believe the RIDGEVIEW ST. PARCEL conceals evidence of a violation of Title 21, United States Code, Section 841(a)(1), relating to the sale, possession and/or use of controlled substances and Section 843(b), relating to the use or attempted use of the United States Mail to distribute controlled substances.

_____
WALLACE BOWDEN
Postal Inspector
United States Postal Inspection Service


Sworn to before me and signed in my presence.

Date: 3-17-2021       _____
                     H. BRUCE GUYTON
                     UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

The item to be searched is a U.S. Priority Mail package bearing USPS tracking number 9505514147331067504480, measuring approximately 14" x 11" X 10" and weighing approximately 8 pounds and 5 ounces, and addressed as follows:

FROM:
Cullincina Restaurant Supply
973 Arden Way
Sacramento, CA 95815

TO:
Bakeri Rodgers
3212 Ridgeview St
Kingsport, TN 37664

